**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00315-DGK-09 |
| | ) | |
| CARLEEON D. LOCKETT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND ACCEPTING DEFENDANT'S GUILTY PLEA**

On October 19, 2021, the Honorable Jill A. Morris, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation, ECF No. 426, recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of conspiring to distribute and possess with intent distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 as charged in Count One of the Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcripts of the proceedings held before Judge Morris on October 19, 2021. In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count One of the Indictment.

**IT IS SO ORDERED.**

Date:  November 15, 2021  　　　　　　　 /s/ Greg Kays
　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT